# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHERRY INGRAM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:20-cv-01896-NAD |
| DESHAZO LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the joint stipulation of dismissal filed by the parties on September 17, 2021 (Doc. 18), this case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file. Per the joint stipulation, each party shall bear its own costs.

**DONE** and **ORDERED** this September 20, 2021.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE

1